

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

June 29, 2021

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Sanchez v. Sealy Ecommerce, LLC Case No: 1:21-cv-03737-LGS</u>

Dear Judge Schofield,

The undersigned represents Plaintiff in the above-referenced matter. The Initial conference for this matter is set for July 8, 2021, at 10:30 a.m. The parties jointly request that (1) the Initial Conference be adjourned by 30 days, and (2) the deadline for the parties to submit their joint letter and proposed civil case management plan be extended by 30 days, to allow the parties additional time to discuss a non-litigated resolution of this matter. The parties propose August 12, 2021 or August 16, 2021, as alternative dates.

Thank you for the time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi Esq.
Counsel for Plaintiff

*/s/Meredith-Anne Berger*
Meredith-Anne Berger, Esq.
Counsel for Defendant

The application is **GRANTED**. The initial conference scheduled for July 8, 2021, at 10:30 A.M. is hereby adjourned to **August 12, 2021, at 10:30 A.M**. The parties joint letter and proposed CMP shall be filed by **August 5, 2021**. The parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time.

SO ORDERED.

Dated: June 30, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE